IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ex rel. JAMES KLUPPELBERG (N50320), | ) ) ) **08CV3168** |
| Petitioner, | ) **JUDGE MAROVICH** |
| vs. | ) ) **MAG. JUDGE KEYS** |
| TERRY McCANN, Warden | ) Case Number of State Court Conviction: 88 CR 1662 |
| Respondent. | ) |

## NOTICE OF MOTION

Please take notice that on June 10, 2008 at 10:30 a.m. I will appear before Judge Marovich in the court room usually occupied by Judge Marovich at 219 South Dearborn, Chicago, IL and then and there present Petitioner's Attached Motion.

_____
Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on June 2, 2008, I served this document by first class mail to:

>Assistant Attorney General
>Criminal Appeals Division
>100 W. Randolph Street, 1st Floor
>Chicago, IL 60601

_____

Jon Loevy
Russell Ainsworth
Cadence Mertz (711 License No. 2008LS00125)
Ashley Schumacher (711 License No. 2008LS00127)
THE EXONERATION PROJECT
University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
(773) 834-4488 (phone)
(773) 702-2063 (fax)