

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In The Matter Of: )
)
United States of America ex rel. )
    JAMES KLUPPELBERG )
)
    vs. ) Case No. 08 C 3168
)
    TERRY MCCANN, Warden )
)

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

The above-captioned case having been assigned to the calendar of Judge <u>Marovich</u> in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge <u>MORAN</u>. The reasons for the reassignment are indicated on the reverse side.

                        MICHAEL W. DOBBINS
                        Clerk

                      */s/ A. E. Woodham*
                      A. E. Woodham, Deputy Clerk

Dated:   June 3, 2008

*************************************************************

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above-captioned case be and the same hereby is to the calendar of <u>MORAN</u>.

                      ENTER:

                      FOR THE EXECUTIVE COMMITTEE

                      */s/ James F. Holderman*
                      Chief Judge

Dated:   JUN - 4 2008

Local Rule 40.3(b)(1)

Case was assigned by lot to Judge Marovich in error. Plaintiff is an inmate who has filed a prior Habeas Corpus Petition in case 97 C 3001. Therefore, under the above-cited rule, this case should have been assigned directly to the calendar of Judge MORAN who was assigned to his prior Habeas Corpus case.