IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>JAMES KLUPPELBERG (N50230),<br><br>Petitioner,<br><br>vs.<br><br>TERRY McCANN, Warden<br><br>Respondent. | )<br>)<br>)<br>) CASE NO. 08 C 3168<br>)<br>)<br>) Judge Moran<br>)<br>)<br>) Magistrate Judge Keys |

## RE-NOTICE OF MOTION

TO:

Chief of Criminal Appeals
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601

   Please take notice that on June 24, 2008, at 9:00 a.m. I will appear before Judge Moran in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present Petitioner's Motion.

                                        /s/Russell Ainsworth

Jon Loevy
Russell Ainsworth
Cadence Mertz (711 License No. 2008LS00125)
Ashley Schumacher (711 License No. 2008LS00127)
THE EXONERATION PROJECT
University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
(773) 834-4488 (phone)
(773) 702-2063 (fax)

## CERTIFICATE OF SERVICE

   I, Russell Ainsworth, certify that on June 18, 2008, I delivered the attached Re-Notice to the above-named counsel of record by electronic means.

                                        /s/Russell Ainsworth