**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney General's Office
   100 West Randolph - 12th Floor
   Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X RECEIVED ATTORNEY GENERAL   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
   JUN 10 2008
   OFFICE SERVICES
   MAILROOM

   08cv3168

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0001 7312 5632

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**FILED**

JUN 2 4 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**
UNITED STATES POSTAL SERVICE
JUN 2 4 2008

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT - 08cv3168
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604