UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

James Kluppelberg
                    Plaintiff,
v.                                                    Case No.: 1:08–cv–03168
                                                      Honorable James B. Moran
Terry McCann
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

    MINUTE entry before the Honorable James B. Moran:Respondent Terry McCann to respond to motion by Petitioner James Kluppelberg for leave to stay petition...[5] on or before August 18, 2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.