**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 3168 |

United States of America ex rel. JAMES KLUPPELBERG, Petitioner,

  vs.

TERRY MCCANN, Warden, Stateville Correctional Center, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry McCann, Respondent.

| |
|---|
| NAME (Type or print) |
| Eldad Z. Malamuth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Eldad Z. Malamuth |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275421 | (312) 814-2235 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  JAMES KLUPPELBERG | )<br>)<br>) | |
|                Petitioner, | )<br>) | |
|                v. | )<br>) | No. 08 C 3168 |
| TERRY MCCANN, Warden,<br>  Stateville Correctional Center, | )<br>)<br>) | The Honorable<br>James B. Moran, |
|                Respondent. | ) | Judge Presiding. |

**CERTIFICATE OF SERVICE**

     I certify that on July 17, 2008, I electronically filed respondent's **Attorney Appearance Form** with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notice to the following CM/ECF user:

    Russell R. Ainsworth
    The Exoneration Project
    6020 S. University Ave.
    Chicago, IL 60637
    russell@loevy.com.

                                                                      LISA MADIGAN
                                                                        Attorney General of Illinois

                                        By:    s/ Eldad Z. Malamuth
                                                        ELDAD Z. MALAMUTH, Bar # 6275421
                                                       Assistant Attorney General
                                                       100 West Randolph Street, 12th Floor
                                                       Chicago, Illinois 60601-3218
                                                       TELEPHONE:  (312) 814-2235
                                                       FAX:  (312) 814-2253
                                                       E-MAIL: emalamuth@atg.state.il.us