## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 3168

JAMES KLUPPELBERG (N50320),
      petitioner,
      v.
TERRY MCCANN,
      respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Kluppelberg

| | |
|---|---|
| **NAME (Type or print)** <br> Gayle Horn | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Gayle Horn | |
| **FIRM** <br> The Exoneration Project | |
| **STREET ADDRESS** <br> University of Chicago Law School, 6020 South University Ave. | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60637 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6286427 | **TELEPHONE NUMBER** <br> 773-834-4488 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐