IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| JAMES KLUPPELBERG (N50230), | ) | |
| | ) | 08 C 3168 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Judge Moran |
| | ) | |
| TERRY McCANN, Warden, | ) | Magistrate Judge Keys |
| | ) | |
| Respondent. | ) | |

### NOTICE OF MOTION

TO:    Chief of Criminal Appeals
       Attorney General's Office
       100 West Randolph - 12 Floor
       Chicago, IL 60601

   Please take notice that on September 4, 2008 at 9:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable James B. Moran, or any other judge holding Court in his absence, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, Courtroom 1843, and then and there present the attached **Motion for Leave to Submit Reply Brief**, a copy of which is hereby served upon you.

                                         /s/Gayle Horn

Jon Loevy
Russell Ainsworth
Gayle Horn
Tara Thompson
THE EXONERATION PROJECT
University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
(773) 834-4488 (phone)
(773) 702-2063 (fax)

## CERTIFICATE OF SERVICE

 I, Gayle Horn, certify that on August 26, 2008 August 26, 2008, I delivered the attached Notice to the above-named counsel of record by electronic means.

              /s/Gayle Horn