## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3168 | **DATE** | 9/3/2008 |
| **CASE TITLE** | JAMES KLUPPELBERG vs. TERRY MCCANN | | |

**DOCKET ENTRY TEXT**

Petitioner, James Kluppelberg's motion for leave to submit reply brief [16] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|